FILED
CLERK, U.S. DISTRICT COURT

JUN 20 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_rsm\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. **2:24-CR-00373-AB** |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [49 U.S.C. § 46505: Placement of Explosive or Incendiary Device on Aircraft; 18 U.S.C. § 2(b): Causing an Act to be Done] |
| SUK MIN CHOI,<br>  aka "Alex Choi,"<br>  aka "@AlexChoi1," | |
| Defendant. | |

The United States Attorney charges:

[49 U.S.C. § 46505(b)(3); 18 U.S.C. § 2(b)]

On or about January 27, 2023, defendant SUK MIN CHOI, also known as ("aka") "Alex Choi," aka "@AlexChoi1," knowingly placed, and willfully caused the placement of, explosive and incendiary devices, namely, multi-tube roman candle fireworks, on an aircraft intended

//
//
//
//
//
//

for operation in air transportation, namely, a Robinson Helicopter R44 with tail number N308EH.

E. MARTIN ESTRADA
United States Attorney

*[signature]*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

MARK A. WILLIAMS
Assistant United States Attorney
Chief, Environmental Crimes and
  Consumer Protection Section

DOMINIQUE CAAMANO
Assistant United States Attorney
Environmental Crimes and Consumer
  Protection Section