# United States Probation & Pretrial Services

United States District Court
Central District of California



**Brian D. Karth**
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

June 13, 2024

To:      Criminal Intake, Clerk's Office

From:    Michael Cryer
           U.S. Probation & Pretrial Services Officer



Re:      Choi, Suk Min
           Docket Number: 2:24-03272M-1

On June 6, 2024, the Court granted the above-named defendant an unsecured bond with release conditions that included the condition to: Not possess any firearms, ammunition, destructive devices, or other dangerous weapon and to surrender any such item(s) as directed by the Supervision Agency by June 13, 2024.

Pretrial Services confirmed by a written statement from the defendant's friend, William Gutierrez, that three weapons were removed from the defendant's residence and is in the possession of Mr. Gutierrez. Moreover, Pretrial Services confirmed in available databases that three firearms are registered to the defendant.