# United States Probation & Pretrial Services

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No: 9064391

## Passport Receipt

Defendant Name: Suk Min Choi

Name on passport, if different: CHOI, SUK MIN

Country of Origin: REPUBLIC OF KOREA

Passport Number: M985M5278

Date passport issued: 12-27-2023

Expiration date of passport: 12-27-2033

Ordered by court in the Central District of California

Docket Number: 2:24-MJ-03272-BFM

U.S. Probation & Pretrial Services
Los Angeles

FILED
CLERK, U.S. DISTRICT COURT
JUN - 7 2024
CENTRAL DISTRICT OF CALIFORNIA
BY   MMC   DEPUTY

Suk Min Choi
Surrendered By

6-7-2024
Date

Diangela Palacio
Received By

6-7-2024
Date

Returned To

Date

Surrendered By

Date

Purpose Returned

Address (if mailed)

Edward R. Roybal Federal Building & U.S. Courthouse, 255 East Temple Street, Suite 1410, Los Angeles, CA 90012 / 213-894-4726 phone, 213-894-0231 fax