

FILED
CLERK, U.S. DISTRICT COURT
JUL - 2 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>v.<br>PLAINTIFF | CASE NUMBER:<br>2:24-cr-00373-AB |
|---|---|
| Suk Min Choi<br>DEFENDANT | **WAIVER OF INDICTMENT** |

I, _____Suk Min Choi_____, the above-named defendant, who is accused of _____Placement of Explosive or Incendiary Device on Aircraft_____, in violation of _____49:46505, 18:2(b):_____, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _____07/02/2024_____, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_____7-2-24_____
Date

_____7-2-24_____
Date

_____7-2-24_____
Date

_____[signature]_____
Defendant

_____[signature]_____
Counsel for Defendant

Before: _____[signature]_____
Judicial Officer

---

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

_____
Date

_____
Interpreter

CR-57 (06/14)                                    WAIVER OF INDICTMENT