UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:24-cr-00373-AB                                                    Date: 07/02/2024

Present: The Honorable: Patricia Donahue, U.S. Magistrate Judge

Interpreter N/A                                                              Language N/A

| Isabel Verduzco | CS 07/02/2024 | William Larsen |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✔ Present  Released on Bond          Attorneys for Defendants:  ✔ Present  Retained

Suk Min Choi                                                                 Pio S Kim

Proceedings: Arraignment of Defendant and/or     ✔ Assignment of Case     Appointment of Counsel
                                                   Initial Appearance

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Court advises that the defendant has a constitutional right to be charged with a felony by an indictment from a grand jury, but that right can be waived and if so, the case would proceed on an information filed by the United States Attorney.
* Court asks if the defendant has discussed waiving the right to indictment by a grand jury with his attorney, and if so whether the defendant has formally waived that right.
* Defendant signs waiver of indictment in court.
* Waiver of Indictment is submitted, accepted by the Court, and filed.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Andre Birotte Jr.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 08/13/2024 8:30 AM;
Status Conference: 07/19/2024 1:30 PM
* Government counsel provides trial estimate of 2-3 days.
* Judge Birotte Jr is located in 7B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA         PSAED         PSASA          Initial Appearance/Appointment of Counsel: 00 : 00
    USMLA         USMED         USMSA
    Statistics Clerk              Interpreter   Arraignment: 00 : 15
    CJA Supervising Attorney      Fiscal        Initials of Deputy Clerk: IV by TRB