E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
DOMINIQUE CAAMANO (Cal. Bar No. 301810)
Assistant United States Attorney
Environmental Crimes and Consumer Protection Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0492
     Facsimile: (213) 894-0141
     E-mail:    Dominique.Caamano@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 24-CR-373-AB |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| SUK MIN CHOI, a.k.a. "Alex Choi," a.k.a. "@AlexChoi1," | |
| Defendant. | **CURRENT TRIAL DATE:** 08/13/24<br>**PROPOSED TRIAL DATE:** 02/24/26 |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Dominique Caamano, and defendant SUK MIN CHOI, a.k.a. "Alex Choi," a.k.a. "@AlexChoi1" ("defendant"), both individually and by and through his counsel of record, Pio Kim, hereby stipulate as follows:

1.   The Information in this case was filed on June 20, 2024. Defendants first appeared before a judicial officer of the court in which the charges in this case were pending on June 6, 2024.

1. Defendant was arraigned on July 2, 2024. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before August 29, 2024.

2. On July 2, 2024, the Court set a trial date of August 13, 2024, at 8:30 a.m., and a status conference date of July 19, 2024, at 1:30 p.m.

3. Defendant is released on bond pending trial. The parties estimate that the trial in this matter will last approximately two to three days.

4. By this stipulation, the USAO and defendant jointly request that the Court continue the August 13, 2024, trial date to February 24, 2026, for the purpose of allowing defendant to demonstrate his good conduct in compliance with the diversion agreement. The parties submit that a trial continuance to February 24, 2026, is needed to provide sufficient time so that defendant can complete his 12-month diversion term and Pretrial Services can thereafter provide a diversion report to the USAO reasonably in advance of the due date for the parties to file any pre-trial motions in this case.

5. Accordingly, defendant and the government jointly move to continue the trial date from August 13, 2024, at 8:30 a.m., to February 24, 2026, at 8:30 a.m., and the status conference from July 19, 2024, at 1:30 p.m. to February 6, 2026, at 1:30 p.m.

6. For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of August 13, 2024, to February 24, 2026, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(2), (h)(7)(A): (i) the government and defendant have entered into the diversion agreement pursuant to which prosecution of this case is delayed for

2

the purpose of allowing the defendant to demonstrate his good conduct; and (ii) the ends of justice served by the continuance outweigh the best interests of the public and defendant in a speedy trial.

7. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: July 8, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
DOMINIQUE CAAMANO
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

I am SUK MIN CHOI's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and

//
//
//
//

1 | agrees to waive them.  I believe that my client's decision to give up
2 | the right to be brought to trial earlier than February 24, 2026 is an
3 | informed and voluntary one.

_____        7-11-24
PIO KIM                                  Date
Attorney for Defendant
SUK MIN CHOI


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than February 24, 2026. I understand that I will be ordered to appear in Courtroom 7B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on February 24, 2026 at 8:30 a.m.

_____        7/11/24
SUK MIN CHOI                             Date
Defendant

4