1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   DOMINIQUE CAAMANO (Cal. Bar No. 301810)
4  Assistant United States Attorney
   Environmental Crimes and Consumer Protection Section
5       1300 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0492
7       Facsimile: (213) 894-0141
        E-mail:    Dominique.Caamano@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10              UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          No. 24-CR-373-AB

13          Plaintiff,                 [PROPOSED] ORDER CONTINUING TRIAL
                                       DATE AND FINDINGS REGARDING
14               v.                    EXCLUDABLE TIME PERIODS PURSUANT
                                       TO SPEEDY TRIAL ACT
15  SUK MIN CHOI,
             a.k.a. "Alex Choi"        **NEW TRIAL DATE: [02-24-26]**
16           a.k.a. "@AlexChoi1"
                                       NEW STATUS CONFERENCE DATE:
17          Defendant.                                    [02-06-26]

18

19

20       The Court has read and considered the Stipulation Regarding

21  Request for (1) Continuance of Trial Date and (2) Findings of

22  Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

23  parties in this matter on July 12, 2024.  The Court hereby finds that

24  the Stipulation, which this Court incorporates by reference into this

25  Order, demonstrates facts that support a continuance of the trial

26  date in this matter, and provides good cause for a finding of

27  excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

28

The Court further finds that: (i) the government and defendant have entered into the diversion agreement pursuant to which prosecution of this case is delayed for the purpose of allowing the defendant to demonstrate his good conduct; and (ii) the ends of justice served by the continuance outweigh the best interests of the public and defendant in a speedy trial.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.    The trial in this matter is continued from August 13, 2024, at 8:30 a.m., to **February 24, 2026, at 8:30 a.m.,** and the status conference is continued from July 19, 2024, at 1:30 p.m. to **February 6, 2026, at 1:30 p.m.**

2.    The time period of August 13, 2024, to February 24, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(2), (h)(7)(A).

3.    Defendant shall appear in Courtroom 7B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on February 24, 2026 at 8:30 a.m.

4.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

//
//
//
//
//
//

additional time periods from the period within which trial must commence.

IT IS SO ORDERED.


July 15, 2024                                    _____
DATE                                             HONORABLE ANDRÉ BIROTTE J.R.
                                                 UNITED STATES DISTRICT JUDGE



Presented by:

       /s/
_____
DOMINIQUE CAAMANO
Assistant United States Attorney