BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Assistant United States Attorney
Chief, Environmental Crimes and Consumer Protection Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3359
     E-mail: Mark.Williams@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. CR 24-373-AB |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INFORMATION AND COMPLAINT WITH PREJUDICE; [proposed] ORDER |
| v. | |
| SUK MIN CHOI, aka "Alex Choi," aka "@AlexChoi1,", | |
| Defendant. | |

On June 20, 2024, an Information was filed charging defendant SUK MIN CHOI ("defendant") with a violation of 49 U.S.C. § 46505 (Placement of Explosive or Incendiary Device on Aircraft).  Defendant and the United States Attorney's Office for the Central District of California entered into a diversion agreement, and based on the parties' stipulation the Court continued the trial date to February 24, 2026, to allow defendant to demonstrate his compliance with that agreement.

On July 3, 2025, the United States Probation & Pretrial Services Office confirmed that defendant has complied with all conditions of

pretrial diversion, and as such terminated defendant from supervision. (See Exhibit 1, attached hereto.)

    Based on the foregoing, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure and the terms of the parties' diversion agreement, plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Mark A. Williams, hereby moves to dismiss with prejudice the Information and Complaint filed against defendant in this matter.

Dated: July 7, 2025

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

       /s/
MARK A. WILLIAMS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA