# Exhibit 1

# United States Probation & Pretrial Services

United States District Court
Central District of California



**Brian D. Karth**
District Court Executive / Clerk of Court

**Natasha Mingo**
Chief Probation & Pretrial Services Officer

July 3, 2025

Mark A. Williams
AUSA - Office of US Attorney
312 North Spring Street 13th Floor
Los Angeles, CA 90012

                                                    Re: Choi, Suk Min
                                                    Termination of Pretrial Diversion

Dear Mr. Williams:

This letter is to formally advise you that the above-named individual's period of Pretrial Diversion has been terminated. Mr. Choi was placed on Pretrial Diversion on July 1, 2024, after being charged with violation of 49 USC § 46505(b)(3), 18 USC § 2(b): Causing the Placement of Explosive or Incendiary Device on an Aircraft.

Mr. Choi's period of Pretrial Diversion expired June 30, 2025. He has been cooperative with Pretrial Services and has complied with all the conditions of supervision as outlined in the Diversion Agreement. He has completed his Community Service obligation and restitution. Attached is the verification. There have been no known arrests during this period.

It is with these factors in mind that Mr. Choi has been terminated from supervision. If you have any questions regarding this matter, please call me at (213) 598-1400.

Sincerely,

Marco McGuthrie
U. S. Probation & Pretrial Services Officer
213-7; : /3622